**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1393**

———————

MILLIS J. STOKES,

Plaintiff - Appellant,

versus

RON ANGELONE, Director, individually and in
his official capacity as Director of the
Commonwealth of Virginia Department of
Corrections,

Defendant - Appellee,

and

VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge. (CA-03-869-3)

———————

Submitted:  September 1, 2004    Decided:  September 15, 2004

———————

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

JeRoyd Greene, III, ROBINSON AND GREENE, Richmond, Virginia, for
Appellant.  Jerry W. Kilgore, Attorney General, Edward M. Macon,

Martha M. Parrish, Senior Assistant Attorney Generals, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Millis J. Stokes appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Stokes v. Angelone</u>, No. CA-03-869-3 (E.D. Va. Feb. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -